**UNITED STATES DISTRICT COURT**

**EASTERN DITRICT DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SANDY CORDES, | ) | Case No. 2:15-cv-1575-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR A |
| v. | ) | FIRST EXTENSION FOR DEFENDANT |
| | ) | TO FILE THE ADMINISTRATIVE |
| CAROLYN W. COLVIN, | ) | TRANSCRIPT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HERE BY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to file the answer and administrative transcript, and this Court's scheduling order shall be adjusted accordingly:

- Defendant shall file the answer and administrative transcript on or before January 4, 2016;

- Plaintiff shall serve and file a motion for summary judgment or for remand within forty-five days of the filing of the administrative transcript (on or before February 18, 2016);

- Defendant shall serve and file any opposition or counter-motion within thirty days of service of plaintiff's motion (on or before March 21, 2016);

Stip. & Order for Extension, 2:15-cv-1575-AC

- Plaintiff may serve and file a reply within twenty days of service of defendant's opposition or counter-motion (on or before April 11, 2016).

Good cause exists to grant an extension because the Defendant requires more time to assemble the transcript.

                              Respectfully submitted,

Date: November 30, 2015

                        By:     /s/ Geri Kahn *
                               GERI KAHN

                               Attorney for Plaintiff
                               *By email authorization on 11/30/2015

Date: November 30, 2015        BENJAMIN B. WAGNER
                               United States Attorney
                      By:     /s/ Marcelo Illarmo
                               MARCELO ILLARMO
                               Special Assistant United States Attorney
                               Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE