IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY CORDES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant | Case No. 2:15-cv-01575-AC<br><br>**Stipulation and Order for Extension of Time for Plaintiff to file Brief in Support of Motion for Summary Judgment** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

    1.   Plaintiff's counsel is a sole practitioner and has other matters with approaching deadlines. The transcript in this proceeding is lengthy. Plaintiff's counsel needs additional time to review the transcript and to write the Motion.

    2.   Plaintiff's counsel has emailed Marcelo Illarmo, Esq., defendant's counsel.  Mr. Illarmo has indicated that he is agreeable to a 60 day extension of time for counsel to prepare her brief.

    3.   Should the request be granted, Plaintiff's brief will be due on April 18, 2016, Defendant's reply brief on May 18, 2016, and Plaintiff's optional response brief on June 8, 2016.

```
                                        Respectfully submitted,

Dated:  February 17, 2016               /s/ Geri N. Kahn
                                        GERI N. KAHN
                                        Attorney for Plaintiff



Dated:  February 17, 2016               /s/ Marcelo N. Illarmo
                                        Marcelo N. Illarmo
                                        Special Assistant United States Attorney
                                        (*By telephone authorization on 02/17/2016)
```

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: March 1, 2016

```
                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
```