Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Sandy Cordes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandy Cordes,<br><br>       Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>       Defendant | Case No. 2:15-cv-01575-AC<br><br>**Stipulation of Extension of Time for Plaintiff to file Brief in Support of Motion for Summary Judgment [~~Proposed~~ Order]** |

   Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel has been working on the brief but has had other matters arise which have needed her attention. She needs a brief extension of time to complete the memorandum.

2. Plaintiff's counsel has emailed Marcelo Illarmo, Esq., defendant's counsel. Mr. Illarmo has indicated that he is agreeable to a 30 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on May 18, 2016, Defendant's reply brief on June 17, 2016, and Plaintiff's optional response brief on July 8, 2016.

Respectfully submitted,

Dated:  April 14, 2016                                    /s/ Geri N. Kahn
                                                          GERI N. KAHN
                                                          Attorney for Plaintiff


Dated:  April 14, 2016                                    /s/ Marcelo N. Illarmo
                                                          Marcelo N. Illarmo
                                                          Special Assistant United States Attorney
                                                          (*By email authorization on 04/14/2016)


# ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated: April 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case No. 2:15-cv-01575-AC                    2
STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT [PROPOSED ORDER]