BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY CORDES,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:15-cv-1575-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment will be extended by 31 days, from June 17, 2016 until July 18, 2016.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed respond to Plaintiff's motion.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:  June 13, 2016 |   | */s/  Geri Kahn* |
|   |   | (*as authorized via e-mail on June 13, 2016) |
|   |   | PETER BRIXIE |
|   |   | Attorney for Plaintiff |
|   |   |   |
| Dated:  June 13, 2016 |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | DEBORAH LEE STACHEL |
|   |   | Acting Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | */s/ Marcelo Illarmo* |
|   |   | MARCELO ILLARMO |
|   |   | Special Assistant United States Attorney |
|   |   |   |
|   |   | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  June 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.;  2:15-cv-1575-AC                2