Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 609
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (800) 375-5956

Attorney for Plaintiff
Sandy Cordes

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandy Cordes,<br><br>     Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>     Defendant. | Case No. 2:15-cv-01575-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS ($4,700.00).  This amount represents compensation for all legal services rendered and costs advanced on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

1    Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury

2   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

3   fees, expenses and costs to be made directly to Geri N. Kahn, pursuant to the assignment executed by

4   Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel at

5       465 California Street, Suite 609

6       San Francisco, CA 94104

7       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees,

8   expenses and costs, and does not constitute an admission of liability on the part of Defendant under the

9   EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all

10  claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and

11  costs in connection with this action.

12      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

13  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15                                          Respectfully submitted,

17  Dated:  August 22, 2016                  */s/Geri N. Kahn*
                                            GERI N. KAHN
18                                          Attorney for Plaintiff

20  Dated:  August 22, 2016

21                                          BENJAMIN B. WAGNER
                                            United States Attorney
22                                          DEBORAH L. STACHEL
                                            Acting Regional Chief Counsel, Region IX
23                                          Social Security Administration

24                                  By:     */s/ Marcelo Illarmo*
                                            Marcelo Illarmo
25                                          Special Assistant U.S. Attorney
                                            [by email authorization 08/22/2016]

27

28

**ORDER**

APPROVED AND SO ORDERED:

Dated: September 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE